# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-BRIDGE LINES, INC., <br><br>             Plaintiff, <br><br>       v. <br><br> LUXURY COACH OF AMERICA LLC, and SHAUN MICHAEL LECLERC, <br><br>             Defendants. | Case No. 5:24-cv-00288-SPG-SPx <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [ECF NO. 66]** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Sanctions, (ECF No. 60), and the Report and Recommendation of the United States Magistrate Judge, (ECF No. 66). Defendant Luxury Coach of America LLC has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that plaintiff's Motion for Sanctions is GRANTED and Defendant Luxury Coach of America LLC's Answer is STRICKEN. The Court DENIES Plaintiff's Motion to Strike Defendant's Answer at ECF No. 59 as MOOT.

//

//

1  The Clerk of Court is directed to enter default against defendant Luxury Coach of
2  America LLC.

4  **IT IS SO ORDERED.**

6  DATED: January 17, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE